1
2
3
4              UNITED STATES DISTRICT COURT
5            NORTHERN DISTRICT OF CALIFORNIA
6                  SAN JOSE DIVISION
7

8    CATALINA FERNANDEZ,                    Case No.18-cv-02261-VKD

           Plaintiff,
9
                                           **ORDER TO SHOW CAUSE RE
10         v.                              SETTLEMENT**

11   BAYVIEW SOLUTIONS, LLC,

           Defendant.
12
13

14          The Court having been informed that the parties have conditionally agreed to a settlement,

15   all previously scheduled deadlines and appearances are VACATED.

16          On or before **September 10, 2018**, the parties shall file a stipulated dismissal pursuant to

17   Fed. R. Civ. P. 41(a)(1)(i).  Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a

18   court order (i) by notice if the defendants have not filed an answer or motion for summary

19   judgment, or (ii) by stipulation signed by all parties who have appeared.  Because defendant

20   Bayview Solutions, LLC has not yet appeared, plaintiff may file a notice of dismissal pursuant to

21   Rule 41(a)(1)(i).

22          If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom

23   2, 5th Floor, 280 S. 1st St, San Jose, California on **September 18, 2018, 10:00 a.m.** and show

24   cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).

25   Additionally, the parties shall file a statement in response to this Order to Show Cause no later

26   than **September 11, 2018** advising as to (1) the status of the activities of the parties in finalizing

27   settlement; and (2) how much additional time, if any, is requested to finalize the settlement and

28   file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be

automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: July 10, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge